IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEAN MULVEY,

   Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

   Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D14-4085

Opinion filed March 19, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Sean Mulvey, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

   The petition for writ of certiorari is denied on the merits.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.